IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| OLIVER JAMES STRAHL,<br>          Plaintiff,<br>vs.<br>CONSUMER SAFETY TECHNOLOGY,<br>LLC, D/B/A INTOXALOCK,<br>          Defendant. | 4:26-cv-00130-SMR-HCA<br><br>ORDER |
| BRADLEY PRAZNIK,<br>          Plaintiff,<br>vs.<br>CONSUMER SAFETY TECHNOLOGY,<br>LLC, D/B/A INTOXALOCK,<br>          Defendant. | 4:26-cv-00131-SMR-HCA |
| DERRICK CURRY,<br>          Plaintiff,<br>vs.<br>CONSUMER SAFETY TECHNOLOGY,<br>LLC, D/B/A INTOXALOCK,<br>          Defendant. | 4:26-cv-00134-SMR-HCA |
| JERMAINE PEALS,<br>          Plaintiff,<br>vs.<br>CONSUMER SAFETY TECHNOLOGY, LLC,<br>D/B/A INTOXALOCK,<br>          Defendant. | 4:26-cv-00146-SMR-HCA |

The Court **grants** the unopposed Renewed Motions for Consolidation; ECF No. 11 in case 4:26-cv-00130-SMR-HCA, ECF No. 8 in case 4:26-cv-00131-SMR-HCA, ECF No. 8 in case 4:26-cv-00134-SMR-HCA, and ECF No. 7 in case 4:26-cv-00146-SMR-HCA. Pursuant to Federal Rule of Civil Procedure 42(a), the Clerk is directed to consolidate the actions. All further filings must be made in the lead case, 4:26-cv-00130-SMR-HCA. The other actions are to be administratively closed.

Upon consolidation, the Court sets the following pleadings schedule: Plaintiffs shall file an amended, consolidated complaint by no later than **June 15, 2026**. Defendant shall file an answer or other responsive pleading by no later than **July 31, 2026**.

The Court **finds as moot** the pending Motions to Stay Responsive Pleadings Deadline; ECF No. 5 in case 4:26-cv-00146-SMR-HCA and ECF No. 6 in case 4:26-cv-00134-SMR-HCA, as well as the original Motions to Consolidate, ECF No. 3 in case 4:26-cv-00130-SMR-HCA, and ECF No. 3 in case 4:26-cv-00131-SMR-HCA.

Additionally before the Court is an Unopposed Motion for Appointment of Interim Class Counsel filed by Plaintiffs Oliver James Strahl, Bradley Praznik, Derrick Curry, and Jermaine Peals ("Plaintiffs"), ECF No. 11. Plaintiffs request the Court appoint John Nelson of Milberg, PLLC, Linda P. Nussbaum, Nussbaum Law Group, P.C., and J. Barton Goplerud, Shindler Anderson Goplerud & Weese, P.C. as interim co-lead class counsel. *Id.* at 1. Defendant Consumer Safety Technology, LLC *d/b/a* Intoxalock, informed the Court it "does not take a position regarding the Plaintiffs' proposed class counsel and leadership structure." ECF No. 13.

Under Federal Rule of Civil Procedure 23(g)(3), "[t]he court may designate interim counsel to act on behalf of the putative class before determining whether to certify the action as a class action." After reviewing the motion and the relevant factors under Rule 23(g), the Court **grants** the motion. The Court appoints John Nelson of Milberg, PLLC, Linda P. Nussbaum, Nussbaum Law Group, P.C., and J. Barton Goplerud, Shindler Anderson Goplerud & Weese, P.C. as interim co-lead class counsel to act on behalf of Plaintiffs and the putative class.

IT IS SO ORDERED.

Dated May 13, 2026.

Helen C. Adams
U.S. Magistrate Judge

2